ISADORE ABRAMS V. THE STATE.

No. 9647.   Delivered October 14, 1925.

Rehearing denied November 18, 1925.

**Manufacturing Intoxicating Liquor—No Statement of Facts—No Bills of Exception.**

Where a case is brought before us and no bills of exception nor statement of facts appear in the record the cause must be affirmed.

Appeal from the Criminal District Court No. 2 of Dallas County.   Tried below before the Hon. C. A. Pippen, Judge.

Appeal from a conviction for manufacturing intoxicating liquor, penalty two years in the penitentiary.

No brief filed by appellant.

*Shelby S. Cox,* District Attorney, *Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—Manufacturing intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular.   Nothing is brought forward for review by way of statement of facts or bills of exception.

The judgment is affirmed.

*Affirmed.*